Sharon Maynard, OSB # 92584
SWANSON, THOMAS & COON
820 SW Second Ave., Suite 200
Portland, Oregon 97204
Telephone: (503) 228-5222
Fax: (503) 273-9175
Email: smaynard@stc-law.com
   Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KOSTYANTYN ROMAN,** | Civil No.04-637-KI |
| Plaintiff | **ORDER** |
| v. | |
| **JO ANNE B. BARNHART,**<br>Commissioner, Social Security<br>Administration, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $ 5,981.25, costs in the amount of $ 177.80, and expenses in the amount of $ 48.72, for a total of $ 6,207.77 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

DATED this __13__ day of __Feb__, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
SHARON MAYNARD
Attorney for Plaintiff

ORDER (04-637-KI)